# UNITED STATES DISTRICT COURT

## District of Minnesota

Jose Bonilla Sosa

Petitioner,

v.

Pamela Bondi, Kristi Noem, Department of Homeland Security, Todd M. Lyons, Immigration and Customs Enforcement, Daren K. Margolin, Executive Office for Immigration Review, David Easterwood

Respondent(s).

**JUDGMENT IN A CIVIL CASE**

Case Number: 26-cv-00572-SHL-DTS

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT: In light of the parties' failure to file the directed notices or seek additional relief from the Court, the Court presumes Respondents have fully complied with the 5 Order granting verified petition for writ of habeas corpus. The Court directs the Clerk of Court to enter judgment in favor of Petitioner and close this case.

Date: 3/4/2026

KATE M. FOGARTY, CLERK